NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


REYNALDO REYES,                         )
                                        )
            Appellant,                  )
                                        )
v.                                      )       Case No.  2D18-631
                                        )
STATE OF FLORIDA,                       )
                                        )
            Appellee.                   )
_____ )

Opinion filed December 21, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Polk
County; Wayne M. Durden, Judge.

Reynaldo Reyes, pro se.


PER CURIAM.

            Affirmed.



SILBERMAN, SALARIO, and ROTHSTEIN-YOUAKIM, JJ., Concur.